IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MEGAN ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:18-cv-548-TFM |
| | ) | [wo] |
| LUIS FAVELA CRUZ, an individual, | ) | |
| QUINTANILLA INTERNATIONAL | ) | |
| TRANSPORT, LLC., | ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of Plaintiff's Uncontested Motion to Extend Service Deadline (Doc. 11) and for good cause shown, it is

ORDERED that the Motion (Doc. 11) be granted and that the deadline for serving Luis Favela Cruz, a resident of Nuevo Laredo, Tramulipas, Mexico, shall be extended until December 28, 2018.

DONE this 27th day of August, 2018.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE