# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

## MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

MEGAN ROBINSON, an )
individual, )
)
    Plaintiff, )
) CIVIL ACTION NO.
    v. ) 2:18cv548-MHT
) (WO)
LUIS FAVELA CRUZ, an )
individual, and )
QUINTANILLA INTERNATIONAL )
TRANSPORT, LLC, a )
corporation, )
)
    Defendants. )

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's claims against defendant Luis Favela Cruz are dismissed without prejudice, and defendant Cruz is terminated as a party to this action. All claims against the other defendant remain pending.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

DONE, this the 5th day of August, 2019.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE